

# Operative Plasterers and Cement Masons International Association

## Local No. 3

Phone: 314-894-2345
Fax: 314-894-1923

4656 Baumgartner Road
St. Louis, Missouri 63129

## Signature Page

### Plasterers' Local #3 Contract

### Effective July 1, 2004 - June 30, 2009

_Duby Plastering L.L.C._
(Name of Company)

_300 Pocahontas drive_
_Jackson mo. 63755_
(Address)

_(573) 204-1420_
(Phone)

_James Duby_
(Officer Name) (Please Print)

_James Duby_
(Officer Signature)

Date: _8-2-07_

_John Klawis_
(Business Manager Local No. 3)

Date: _8-2-07_